AO 455 (Rev. 01/09) Waiver of an Indictment

UNITED STATES DISTRICT COURT
for the
Western District of Virginia

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:23CR00003 |
|  | ) | |
| CARLOS WARREN | ) | |
| *Defendant* | ) | |

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/19/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/19/2023

*Defendant's signature*

*Signature of defendant's attorney*

Mark B. Williams
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Norman K. Moon, Senior U.S. District Judge
*Judge's printed name and title*