CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/19/2023
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Criminal Action No. __3:23CR00003__

CARLOS WARREN

In the presence of Mark B. Williams, my counsel, who has fully explained the charges contained in the Information against me, and having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to said Information and Count(s) __One (1) & Two (2)__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

__01/19/23__
Date

_____
Witness